No. 85–726.  BARLOW ET AL. *v.* BREWERY WORKERS LOCAL UNION NO. 1010 ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 85–5064.  STURM *v.* CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.

No. 85–5065.  MATECKI *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 85–5084.  ROSSER-EL *v.* UNITED STATES.  Ct. App. D. C.  Certiorari denied.

No. 85–5106.  FREDERICK *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 85–5121.  FREELAND *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 85–5182.  LAMP *v.* FARRIER.  C. A. 8th Cir.  Certiorari denied.

No. 85–5209.  KLEIN *v.* UNITED STATES.  Ct. Mil. App.  Certiorari denied.

No. 85–5222.  MALLOY *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 85–5325.  REMIGIO, AKA CUERVO *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 85–5343.  GORDON *v.* NEW YORK.  App. Div., Sup. Ct. N. Y., 2d Jud. Dept.  Certiorari denied.

No. 85–5349.  PRAYLOW *v.* MARTIN, ASSISTANT REGIONAL ADMINISTRATOR, MIDLANDS CORRECTIONAL REGION, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 85–5384.  GAERTNER *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 85–5468.  RODMAN *v.* McMACKIN, SUPERINTENDENT, HOCKING CORRECTIONAL FACILITY.  C. A. D. C. Cir.  Certiorari denied.

No. 85–5475.  HUGHES *v.* RHODE ISLAND.  Sup. Ct. R. I.  Certiorari denied.